■ In the Matter of VED PARKASH, Appellant, v NEW YORK CITY WATER BOARD et al., Respondents. [868 NYS2d 527]

Respondent's determination was neither arbitrary, capricious, nor a violation of law (*see Haav 575 Realty Corp. v New York City Water Bd.*, 38 AD3d 481 [2007]). To the extent that the decision of the Appellate Division, Second Department, in *Matter of Pistilli Assoc. III, LLC v New York City Water Bd.* (46 AD3d 905 [2007]) calls for a different result, we disagree. Concur—Andrias, J.P., Saxe, Sweeny, Catterson and Moskowitz, JJ.